[Nos. 9771–1–II; 9811–3–II.   Division Two.   June 18, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
MICHAEL R. LLOYD, *Appellant.*

*In the Matter of the Personal Restraint of*
MICHAEL R. LLOYD, *Petitioner.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–1–02124–1, E. Albert Morrison, J., entered March 26, 1986, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Alexander, A.C.J., concurred in by Petrich and Worswick, JJ.


[No. 10028–2–II.   Division Two.   June 18, 1987.]

GEORGE BLEWER, *Appellant,* v. THE CITY OF
PUYALLUP, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83–2–03041–8, Thomas R. Sauriol, J., entered June 4, 1986. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Alexander, J.


[No. 8776–6–II.   Division Two.   June 18, 1987.]

JAMES B. CRAIG, *Respondent,* v. BARROW HEPBURN
EQUIPMENT, LTD., *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 82–2–01803–7, Donald H. Thompson, J., entered April 29, 1985. *Affirmed* by unpublished opinion per Utter, J. Pro Tem., concurred in by Jones and Reser, JJ. Pro Tem.